AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| Kyler MCCOMBER | ) Case No.   8:26-MJ-43 (GLF) |

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
FEB 27 2026
AT_____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

Defendant.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of February 25, 2026, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transport and move or attempt to transport and move two aliens, knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States in violation of the law, by means of transportation or otherwise, in furtherance of the aliens' violation of law |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
*Complainant's signature*

Asta M. Amar, Border Patrol Agent
_____
*Printed name and title*

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:   *Feb. 27, 2026*

City and State:   Plattsburgh, NY

_____
Hon. Gary L. Favro, U.S. Magistrate Judge

*United States of America v.* Kyler MCCOMBER

On February 25, 2026, at approximately 10:18 a.m., Champlain Border Patrol Agents received information from the Massena Border Patrol Agents of a Gray Nissan Altima bearing Quebec license plate travelling southbound near Constable, New York.  Massena Border Patrol Agents informed Champlain Border Patrol Agents that the vehicle has been previously rented and used in several alien smuggling events.

At approximately 11:00 a.m. agents set up to conduct surveillance for the vehicle near State Route 374 in Plattsburgh, New York and observed the Nissan Altima travelling eastbound on State Route 374 and turned southbound on Quarry Road in Plattsburgh New York. Agents noted that the vehicle seemed heavily laden with heavy tint on the windows. Agents followed the vehicle as it proceeded to enter the parking lot of a Target in the Champlain Centre Mall in Plattsburgh New York. At approximately 11:10 a.m. a Champlain Border Patrol Agent conducted a vehicle stop and observed a female driver, later identified as S.B. and a front passenger later identified as Kyler MCCOMBER exiting the vehicle. The agent also observed several individuals in the back seat of the vehicle. The agent instructed both S.B. and MCCOMBER to get back in the vehicle, after initially declining the agent's instructions, both S.B. and MCCOMBER complied with the agent's request and got back in the vehicle.

Once both S.B. and MCCOMBER were back in the vehicle, the agent noticed that S.B. locked her door and started the vehicle. The agent, thinking that S.B. was attempting to flee the scene, reentered his vehicle in order to close the gap between the two vehicles. S.B. proceeded to reverse her vehicle and repeatedly rammed the front end of the agent's vehicle with the rear bumper of her Nissan Altima causing damage to both vehicles. After approximately three strikes, S.B. exited the vehicle and attempted to flee on foot. At that time, other agents arrived on the scene as backup and apprehended S.B. after a brief foot pursuit. The agents then began their immigration inspection, S.B. and MCCOMBER claimed to be United States Citizens and the three back seat passengers stated that they were from China.

At the station, MCCOMBER's biographical information and fingerprints were entered into Department of Homeland Security databases and records checks confirmed that MCCOMBER is a citizen of the United States and Canada.  Record checks further revealed that MCCOMBER did not have any previous immigration or criminal history within the United States.